In the Matter of RICHARD L. BALTIMORE, an Attorney.— Reference ordered to

H̲on. William P. Burr, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of SILAS BLAKE AXTELL, an Attorney.— Reference ordered to Hon. James A. O'Gorman, referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.